## BAR.

See Promissory Note, 4. Insolvent Estate, 1, 2. Ex. & Ad. 13.

## BASTARDY.

### CLAFLIN *against* HUBBARD. *Windham,* 1817.

CERTIORARI is the proper process, to bring before the Supreme Court, the record in a case of bastardy. In case the County Court rendered judgment for costs, in favor of the defendant, on his being found not chargeable, this Court will quash the order or judgment, so far as relates to costs.

## BOND.

### *No.* 1.

### CAMPBELL *against* CAMPBELL ET AL. *Windsor,* 1816.

A bond in these words : "We, A. B. and C. D. are jointly and severally bound," and signed and sealed by A. B., C. D. and E. F., is good against E. F.